39 F.3d 1170
 Marchand (Roger J.)
v.
City of Plainfield, New Jersey, Plainfield Police
Department, Propsner (John), Plainfiedd Police Chief, Laube
(Lawrence), Plainfield Police Officer, U.S. Department of
Treasury, Bureau of Alcohol, Tobacco and Firearms ('ATF'),
Strus (Andrew), ATF Agent, McEllyn (Lawrence), DEA Agent,
Miller-Jordan (Patricia), Moya (Robert), 'ABC,' 'XYZ,' U.S.
Department of Justice, Drug Enforcement Administration, ('DEA'),
 NO. 93-5630
 United States Court of Appeals,
Third Circuit.
 Sept 09, 1994
 
 Appeal From: D.N.J.,
 Barry, J.
 
 
 1
 AFFIRMED.